IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JOHN EDWARD SOLID, )
)
        Petitioner, )
)
vs )  CIVIL ACTION NO. 99-B-1280-NE
)
WARDEN LEONEAL DAVIS, et al, )
)
        Respondent(s). )

**MEMORANDUM OF OPINION**

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

    DONE, this _____ day of May, 2001.

SHARON LOVELACE BLACKBURN,<br>
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the magistrate judge's report and recommendation mailed to the petitioner at the last address known to the court was returned marked "Return to Sender."